UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

KENNETH G. MCDONALD,                                    Case No. 2:23-cv-00130-CDS-EJY

       Plaintiff,

    v.                                                          **ORDER**

CHARLES DANIELS, *et al.*,

       Defendants.

On July 15, 2024, Plaintiff submitted a Motion seeking appointment of counsel. ECF No. 17. That Motion was granted and Plaintiff was referred to the Court's *pro bono* program for purposes of attempting to match his case with counsel. ECF No. 18. On December 19, 2024, the case was mistakenly discharged from the program. ECF No. 29. Plaintiff now seeks re-referral to the Court's *pro bono* program as the reasons for original referral remain true.

Under the unique circumstances present in this case, confirmed by a review of the docket and the Court's prior Order granting Plaintiff's request for appointment of counsel, IT IS HEREBY ORDERED that Plaintiff's renewed Motion for Appointment of Counsel (ECF No. 33) is GRANTED.

IT IS FURTHER ORDERED that this matter is referred to the *Pro Bono* Program for location, if possible, of counsel who is willing to represent Plaintiff for all purposes in this matter.

DATED this 12th day of June, 2024.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE