UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

KENNETH G. MCDONALD,

    Plaintiff,

    v.

CHARLES DANIELS, *et al.*,

    Defendants.

Case No. 2:23-cv-00130-CDS-EJY

**ORDER**

On July 23, 3035, the Court entered a Minute Order requiring the parties to provide the status of this action no later than August 27, 2025.[1] No status report was timely filed. On September 4, 2025, the Court entered a second Minute Order alerting the parties to the failure to comply with the July 23, 2025 Court Order. The July 23rd Order further stated, in pertinent part: "Defendants **must** file a status report no later than **September 11, 2025**. Failure to do so may result in an in-person hearing requiring Defendants to show cause why sanctions should not be issued for failure to comply with a court order." Defendants failed to comply with the Court's September 4, 2025 Order. Having considered this matter further,

IT IS HEREBY ORDERED that if neither party submits a status report to the Court **by 5 p.m. on September 30, 2025**, the Court will recommend this matter be **dismissed with prejudice**, each party to bear its own fees and costs.

---

[1] The Minute Order stated: "On May 14, 2025, Defendants filed a Motion to Reopen Discovery (ECF No. 31) as the discovery period had closed on April 14, 2025. The Court denied the Motion without prejudice finding the parties had not met and conferred as required under LR 26-2 and LR IA 1-3(f)(1). ECF No. 32. The Court further ordered that after Defendants conferred with Plaintiff (or at least attempted to do so), and if no agreement could be reached, Defendants were free to refile their Motion. *Id.* As of today's date, Defendants have not refiled their Motion and no activity in the case indicates there is any ongoing attempt to confer regarding discovery or any other deadlines. The Court recognizes this matter was referred to the Pro Bono Program for appointment of counsel on June 12, 2025, and new defense counsel made an appearance on July 21, 2025. Accordingly, IT IS HEREBY ORDERED that the parties must meet and confer regarding the status of this case. Defense counsel must arrange for a call with Plaintiff to discuss whether the parties agree to reopen discovery or, perhaps, a 60 or 90 day stay of proceedings while there is an attempt to locate counsel for Plaintiff. The meet and confer must occur no later than **August 13, 2025**. IT IS FURTHER ORDERED that the parties **must** file a status report no later **August 27, 2025**, in which they report agreement to reopen discovery, together with the proposed plan for doing so, or agreement to temporarily stay the issues relating to reopening discovery and or the filing of a proposed joint pretrial order (which would otherwise be due) for a period of 60 or 90 days."

IT IS FURTHER ORDERED that the Clerk of Court **must** send a copy of this Order through email to the Nevada Attorney General's Office, Attention: Leslie Nino Piro, General Counsel. The email address for Ms. Nino-Piro is: LNinoPiro@ag.nv.gov.

DATED this 16th day of September, 2025.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE